UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD DENDALL and BRIAN DENDALL, individually, and on behalf of others similarly situated,<br><br>      Plaintiffs,<br>vs.<br><br>ZORN DESIGN, LLC, *d/b/a* "ZORN DESIGN COMPANY," and EDWARD A. ZORN,<br><br>      Defendants. | Case No. 3:18-cv-05408-MAS-LHG<br><br>NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

Plaintiffs, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice.

Dated: May 22, 2018

Respectfully submitted,

JTB LAW GROUP, LLC

/s/ Nicholas Conlon
Nicholas Conlon (NJ Bar ID 34052103)
nicholasconlon@jtblawgroup.com
Jason T Brown (NJ Bar ID 35921996)
jtb@jtblawgroup.com
155 2nd Street, Suite 4
Jersey City, NJ 07302
(201) 630-0000 (office)
(855) 582-5297 (fax)

*Attorneys for Plaintiff*

So Ordered this 22nd day of May, 20 18

Hon. Michael Shipp, USDJ